Submitted February 9, reversed and remanded March 10, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JONATHAN JASON RODRIGUEZ,
aka Jonathan J. Rodriguez,
*Defendant-Appellant.*

Malheur County Circuit Court
17CR32369; A171199

482 P3d 818

Erin K. Landis, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David O. Ferry, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Jonathan J. Rodriguez filed the supplemental brief *pro se*.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Reversed and remanded.

**PER CURIAM**

Defendant was convicted by nonunanimous jury verdict on one count of assault on a public safety officer. ORS 163.208. Defendant argues that the trial court erred in denying his motion for judgment of acquittal and erred in accepting a nonunanimous jury verdict, contrary to the Sixth Amendment to the United States Constitution. He makes additional arguments in a supplemental brief. In *Ramos v. Louisiana*, 590 US \_\_\_, 140 S Ct 1390, 206 L Ed 2d 583 (2020), the United States Supreme Court concluded that nonunanimous jury verdicts violate the Sixth Amendment. The state concedes that the trial court's acceptance of the nonunanimous verdict was reversible error. We agree, accept the state's concession, and exercise our discretion to correct the error for the reasons set forth in *State v. Ulery*, 366 Or 500, 464 P3d 1123 (2020). We reject defendant's other assignments of error without discussion.

Reversed and remanded.